| | |
|---|---|
| 1 | **MICHAEL H. LUU, SBN 177818**<br>Attorney at Law |
| 2 | 1340 Tully Road, Suite 309<br>San Jose, CA 95122 |
| 3 | Telephone (408) 425-6221<br>Fax (408) 270-2405 |
| 4 | |
| 5 | Attorney for Debtor-in-Possession |

## U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| In Re: | Case No. **10-5-6000 ASW** |
|---|---|
| SANCHEZ, VICTOR M. | **CERTIFICATE OF SERVICE** |
| SANCHEZ, MARIA F., | **CHAPTER 11** |
| Debtors-in-Possession | |

I, Diane Bui, declare that I am a citizen and resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is 1340 Tully Road, Suite 309, San Jose, California 95122. On this date I served the following documents on the person named below by faxing a true copy thereof to the fax number indicated below or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at San Jose, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

**MOTION TO VALUE COLLATERAL OF WILSHIRE CREDIT CORPORATION; MEMORANDUM OF POINTS AND AUTHORITIES, NOTICE OF HEARING FOR MOTION VALUE COLLATERAL OF WILSHIRE CREDIT CORPORATION; AND DECLARATION OF VICTOR AND MARIA SANCHEZ IN SUPPORT OF MOTION TO AVOID LIEN OF VALUE COLLATERAL;**

**ELECTRONIC SERVICE LIST:**

Office of the U.S. Trustee- **Via Electronically only**
280 South First Street #268 San Jose, Ca 95113-3004

CERTIFICATE OF SERVICE      1

**FAX SERVICE LIST:**

**E-MAIL SERVICE LIST:**

**Served by Regular Mail:**

**Beneficiary (Schedule D Payment Address, Proof of Claim Address, Deed of Trust Address):**

**Richard J. Bauer, Jr.**
Miles, Bauer, Bergstrom and Winters
1231 E. Dyer Rd, #100
Santa Ana, CA 92705

Wilshire Credit Corporation
14523 SW Millikan Way, Ste 200
Beaverton OR 97005

Wilshire Credit Corporation
PO Box 8517
Portland, OR 97207

BAC Home Loans Servicing, LP
PO Box 515503
Los Angeles, CA 90051-6803

**Corporate Office:**

Wilshire Credit Corporation
14523 SW Millikan Way, Ste 200
Beaverton OR 97005

Bank of America Corporation
401 North Tryon Street NC1-021-02-20
Charlotte, NC 28255

Bank of America Corporation
100 North Tryon Street
Charlotte, NC 28255

BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

BAC Home Loans Servicing, L.P.
Bankruptcy Department
7105 Corporate Drive, M/S PTX-C-35
Plano, TX 75024

CERTIFICATE OF SERVICE 2

**Corporate Officer:**

**Jay H. Memmott,** CEO and President
Wilshire Credit Corporation
14523 SW Millikan Way, Ste 200
Beaverton OR 97005

Barbara J. Desoer, President
Bank of America Home Loans
Bank of America Corporation
101 South Tryon Street NC1-002-29-01
Charlotte, NC 28255

Barbara J. Desoer, President
Bank of America Home Loans
4500 Park Granada Mail Stop CH-126
Calabasas, CA 91302

Kenneth Lewis, CEO
BAC Home Loans Servicing, L.P.
4500 Park Granada
Calabasas, CA 91302

**Agent for Service of Process:**

CT Corporation System
ASOP for Bank of America Corporation
150 Fayetteville ST., Box 1011
Raleigh, NC 27601

CT Corporation System
ASOP for Bank of America Corporation
818 West Seventh ST
Los Angeles, CA 90017

CT Corporation System (C0168406)
ASOP for BAC Home Loans Servicing, LP
818 West Seventh St
Los Angeles, CA 90017

Corporation Service Company which will do business in CA as CSC - Lawyers Incorporating Service ASOP for Wilshire Credit Corporation 2730 Gate Way Oaks Drive, Ste #100 Sacramento, CA 95833

Corporation Service Company which will do business in CA as CSC - Lawyers Incorporating Service ASOP for BAC Home Loans Servicing, LP 2730 Gate Way Oaks Drive, Ste #100 Sacramento, CA 95833

CERTIFICATE OF SERVICE 3

**Servicer:**
None

**Served by Regular Mail: Senior Deed of Trust Holder:**
None

**Request for Special Notice:**
None

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 24, 2010 at San Jose, California.

By: ____/s/ Diane Bui_____
           Diane Bui

CERTIFICATE OF SERVICE    4