**THOMAS O. GILLIS, ATTORNEY   SBN 40186**
1006 H STREET, STE. 1
MODESTO, CA. 95354
Tel: (209) 575-1153     Fax: (209) 529-3240
Cell: (209) 518-8631


Re**: Victor & Maria Sanchez**                           CASE NO: 10-56000-Amend


### PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL
_____

1.  I am over 18 years of age and not a party to this action.   I am a resident of or employed in the county where the mailing took place.

2.  My business address is:    1006 H STREET, STE. 1
                                MODESTO, CA. 95354

3.  On June 27, 2011, I **mailed** or **electronically served** from: MODESTO, CA.
    the following **documents** for Evidentiary Hearing on 8/25/2011:

    1.) Amended Schedules B,C,I,J
    2.) Summary of Schedules
    3.) Amend Statement of Financial Affairs
    4.) Chapter 7 Statement of Current Monthly Income (MEANS)


    4.  I served the document(s) by placing (a) true copy(ies) thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail and deposited for collection and mailing on that date following ordinary business practices at Modesto, CA. **or by electronically mailing** and addressed as follows:

United States Trustee        Marc Del Piero
Office of the US Trustee     PO BOX 1127
501 I Street Suite 7-500     Pebble Beach, CA 93953-1127
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    June 27, 2011                    *Valerie Johnson*

                                          _____
                                          Valerie Johnson