THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
VICTOR and MARIA SANCHEZ

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:  

VICTOR SANCHEZ and
MARIA SANCHEZ

      Debtors.
_____/

CASE NO. 10-56000
CHAPTER 7

DCN:    TOG-1

### **EXPARTE REQUEST FOR AN ORDER EXTENDING TIME TO CONDUCT A FIRST MEETING OF CREDITORS**

Debtor requests as follows:

An order extending time until July 12, 2011, to conduct a continued 341 hearing. The grounds for this request is that the Trustee continued the hearing until July 12, 2011, to allow time for the Debtors to amend their schedules.

The Trustee requested this motion be made by Debtors.

                    Respectfully submitted,

Dated: June 30, 2011        /s/ Thomas O Gillis
                                  THOMAS O. GILLIS

djf

1