UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

VICTOR M. SANCHEZ and
MARIA F. SANCHEZ

Debtor(s)

Chapter 13
Case No. 10-56000

DEBTOR(S') DECLARATION REGARDING
AMENDED SCHEDULES; CERTIFICATE
OF SERVICE

I/We declare, under penalty of perjury, that I/we have read the amended schedule(s) consisting of _____ pages, and that they are true and correct to the best of my/our knowledge, information, and belief.

Dated: 06/30/2011

_____
Debtor

Dated: 06/30/2011

_____
Debtor

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is 1006 H Street, Ste. 1, Modesto, California 95354_____. I served this DEBTOR(S') DECLARATION REGARDING AMENDED SCHEDULES and the amended schedules by first-class United States mail, postage pre-paid, at _____Modesto_____, California on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee will receive such notice upon the electronic filing of these documents. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 06/30/2011

Rev. 2/05

| Label Matrix for local noticing<br>0971-5<br>Case 10-56000<br>Northern District of California<br>San Jose<br>Thu Jun 30 14:06:24 PDT 2011 | BAC Home Loan Servicing LP<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | (p)EMPLOYMENT DEVELOPMENT DEPARTMENT<br>STATE OF CALIFORNIA<br>BENEFIT OVERPAYMENT COLLECTION SECTION<br>MIC 91<br>PO BOX 826218<br>SACRAMENTO CA 94230-6218 |
|---|---|---|
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Ford Motor Credit Company<br>c/o Law Offices of Austin P. Nagel<br>111 Deerwood Road, Suite 305<br>San Ramon, CA 94583-1530 | Secretary of The Treasury<br>15th and Pennsylvania Ave. NW<br>Washington, DC 20220-0001 |
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | The Bank of New York Mellon fka The Bank of<br>Miles, Bauer, Bergstrom & Winters, LLP<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| U.S. Bank National Association...<br>Miles, Bauer, Bergstrom & Winters, LLP<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 | U.S. Bank, National Association, as Trustee.<br>Miles, Bauer, Bergstrom & Winters, LLP<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 |
| BAC Home Loans Servicing LP<br>c/o Larry Buckley<br>7105 Corporate Drive<br>Plano, Texas 75024-4100 | BANK OF AMERICA<br>PO BOX 15102<br>Wilmington, DE 19886-5102 | BANK OF AMERICA<br>PO BOX 301200<br>Los Angeles, CA 90030-1200 |
| BANK OF AMERICA<br>PO BOX 30750<br>Los Angeles, CA 90030-0750 | BLOSSOM HILLS ESTATES<br>PO BOX 503904<br>San Diego, CA 92150-3904 | Bank of America, N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 |
| CAPITAL ONE<br>PO BOX 60599<br>City of Industry, CA 91716-0599 | CBA COLLECTION SERVICES<br>25954 EDEN LANDING RD<br>Hayward, CA 94545-3816 | CHOICE MASTERCARD<br>PO BOX 6418<br>The Lakes, NV 88901-6418 |
| CITI CARDS<br>PO BOX 6401<br>The Lakes, NV 88901-6401 | CITI DIAMOND PREFERRED<br>PO BOX 6940<br>The Lakes, NV 88901-6940 | CITI MORTGAGE<br>PO BOX 6006<br>The Lakes, NV 88901-6006 |
| COLLECTION BUREAU OF<br>AMERICA<br>C/O CITY OF SAN JOSE<br>PO BOX 5013<br>Hayward, CA 94540-5013 | COUNTRYWIDE HOME LOANS<br>PO BOX 10219<br>Van Nuys, CA 91410-0219 | CREDIT BUREAU ASSOCIATION<br>PO BOX 150<br>Fairfield, CA 94533-0150 |
| Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | CitiMortgage, Inc.<br>P O Box 6941<br>The Lakes, NV 88901-6941 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |

EXHIBIT "A"

DISCOVER
PO BOX 6103
Carol Stream, IL 60197-6103

Deutsche Bank National Trust Compan
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, OH 43054-3025

EMERGE
PO BOX 790189
Saint Louis, MO 63179-0189

FARMERS INSURANCE COMPANY
10850 LOWELL AVE
Overland Park, KS 66210-1613

FORD CREDIT
PO BOX 7172
Pasadena, CA 91109-7172

Ford Motor Credit Company LLC
P O Box 6275
Dearborn, MI 48121-6275

GE MONEY LOC
PO BOX 530912
Atlanta, GA 30353-0912

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GEMB/CHEVRON
4125 WINDWARD PLZ
Alpharetta, GA 30005-8738

GEMB/WALMART
PO BOX 984100
El Paso, TX 79998-4100

GMAC
PO BOX 2150
Greeley, CO 80632-2150

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

HFC POMONA
C/O ACE ASSOCIATED CREDITORS EXCHANGE
PO BOX 33130
Phoenix, AZ 85067-3130

Household Finance Corporation
P.O. BOX 60101
City of Industry, CA 91716-0101

Household Finance Corporation-USA
P.O. BOX 60101
City of Industry, CA 91716-0101

INDYMAC HOME LOAN SERVICING
P.O. BOX 78826
Phoenix, AZ 85062-8826

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

J.C. CHRISTENSEN & ASSOCIATES
INC.
PO BOX 519
Pennock, MN 56279

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-7999

MERCED COUNTY TREASURER
TAX COLLECTOR - KREN D. ADAMS
2222 M. STREET
Merced, CA 95340-3729

NCO FIN/99
PO BOX 15889
Wilmington, DE 19850-5889

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

PROFESSIONAL BEREAU OF
COLLECTIONS OF
MARYLAND, INC.
PO BOX 628
Elk Grove, CA 95759-0628

PRUDENTIAL OVERALL SUPPLY
PO BOX 11210
Santa Ana, CA 92711-1210

PYOD LLC
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

RICHARD G. MAUL, ESQ
C/O JUDITH A KUWADA
1570 THE ALAMEDA SUITE 217
San Jose, CA 95126-2331

RICKENBACKER GROUP
15005 CONCORD CIR
Morgan Hill, CA 95037-5417

SALLY MAE
PO BOX 9533
Wilkes Barre, PA 18773-9533

| | | |
|---|---|---|
| SEARS<br>PO BOX 6283<br>Sioux Falls, SD 57117-6283 | STANISLAUS COUNTY PROPERTY TAX<br>GORDON B. FORD<br>1010 10TH ST., STE 2500<br>Modesto, CA 95354-0864 | SWANSTON POOL SERVICE<br>6783 AVE. 23 1/2<br>Chowchilla, CA 93610-9228 |
| Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1496 | T-MOBILE<br>PO BOX 742596<br>Cincinnati, OH 45274-2596 | The Bank of New York Mellon<br>c/o Richard J. Bauer, Jr., Esq<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 |
| U.S. Bank National Association<br>1231 East Dyer Road Suite 100<br>Santa Ana, CA 92705-5643 | U.S. Bank, National Association<br>c/o Richard J. Bauer, Jr., Esq.<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 | WALMART<br>PO BOX 530927<br>Atlanta, GA 30353-0927 |
| WELLS FARGO BANK<br>PO BOX 5445<br>Portland, OR 97228-5445 | WILSHIRE CREDIT CORPORATION<br>PO BOX 8517<br>Portland, OR 97207-8517 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 |
| Marc Del Piero<br>P. O. Box 1127<br>Pebble Beach, CA 93953-1127 | Maria F. Sanchez<br>2979 Patt Ave.<br>San Jose, CA 95133-2041 | Thomas O. Gillis<br>Law Offices of Thomas O. Gillis<br>1006 H. St. #1<br>Modesto, CA 95354-2384 |
| Victor M. Sanchez<br>2979 Patt Ave.<br>San Jose, CA 95133-2041 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | DISCOVER<br>PO BOX 30203<br>Salt Lake City, UT 84130-0203 | GREENTREE<br>PO BOX 94710<br>Palatine, IL 60094-4710 |
| IRS<br>PO BOX 9941<br>Ogden, UT 84409-0941 | (d) Internal Revenue Service<br>P O Box 21126<br>Philadelphia, P A 19114 | NEXTEL<br>PO BOX 172408<br>Denver, CO 80217 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, as T

(u)The Bank of New York Trust Company...

(d)CAPITAL ONE
PO BOX 60599
City of Industry, CA 91716-0599

(d)COLLECTION BUREAU OF AMERICA
C/O CITY OF SAN JOSE
PO BOX 5013
Hayward, CA 94540-5013

(u)CONTINENTAL RECOVERY SERVICES

(d)FORD CREDIT
PO BOX 7172
Pasadena, CA 91109-7172

(d)Household Finance Corporation
P.O. BOX 60101
City of Industry, CA 91716-0101

End of Label Matrix
Mailable recipients    75
Bypassed recipients     7
Total                  82