THOMAS O. GILLIS
ATTORNEY AT LAW
1006 H ST., STE. 1
MODESTO, CA 95354
209-575-1153
Attorney for Debtors
VICTOR AND MARIA SANCHEZ

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

VICTOR SANCHEZ and
MARIA SANCHEZ

Chapter 7
Case No. 10-56000

CERTIFICATE OF SERVICE

Debtor(s) _____/

I, the undersigned, declare that I am employed in the County of __Stanislaus__.
I am over the age of 18 years and not a party to the within entitled action. My business address is
__1006 H St., Modesto, CA 95355__.

On __June 30, 2011__, I served the within __Ex Parte Request For An Order Extending Time For 1st Meeting of Creditors__ [document] by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at __Modesto__ [city], California, to all parties entitled to receive regularly mailed notices, addressed as follows:

Marc Del Piero
Chapter 7 Trustee
P.O. Box 1127
Pebble Beach, CA 93953

Office of the U.S. Trustee
U.S. Federal Buiding
280 S. 1st St., #268
San Jose, CA 95113

Also see creditors attached as Exhibit A.

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on __June 30, 2011__ at __Modesto__ [city], California.

Dated: __June 30, 2011__   _____Finnegan_____

Rev. 2/05

```
Label Matrix for local noticing           BAC Home Loan Servicing LP              (p)EMPLOYMENT DEVELOPMENT DEPARTMENT
0971-5                                    7105 Corporate Drive                    STATE OF CALIFORNIA
Case 10-56000                             Plano, TX 75024-4100                    BENEFIT OVERPAYMENT COLLECTION SECTION
Northern District of California                                                   MIC 91
San Jose                                                                          PO BOX 826218
Thu Jun 30 14:06:24 PDT 2011                                                      SACRAMENTO CA 94230-6218

CA Franchise Tax Board                    Ford Motor Credit Company               Secretary of The Treasury
Attn: Special Procedures                  c/o Law Offices of Austin P. Nagel      15th and Pennsylvania Ave. NW
P.O. Box 2952                             111 Deerwood Road, Suite 305            Washington, DC 20220-0001
Sacramento, CA 95812-2952                 San Ramon, CA 94583-1530


State Board of Equalization               The Bank of New York Mellon fka The Bank of    U.S. Attorney
Attn: Special Procedures Section, MIC:55  Miles, Bauer, Bergstrom & Winters, LLP          Civil Division
P.O. Box 942879                           1231 E. Dyer Road, Suite 100                    450 Golden Gate Ave.
Sacramento, CA 94279-0001                 Santa Ana, CA 92705-5643                        San Francisco, CA 94102-3661


U.S. Bank National Association...         U.S. Bank, National Association, as Trustee.   U.S. Bankruptcy Court
Miles, Bauer, Bergstrom & Winters, LLP    Miles, Bauer, Bergstrom & Winters, LLP          280 South First Street
1231 E. Dyer Road, Suite 100              1231 E. Dyer Road, Suite 100                    Room 3035
Santa Ana, CA 92705-5643                  Santa Ana, CA 92705-5643                        San Jose, CA 95113-3099


BAC Home Loans Servicing LP               BANK OF AMERICA                         BANK OF AMERICA
c/o Larry Buckley                         PO BOX 15102                            PO BOX 301200
7105 Corporate Drive                      Wilmington, DE 19886-5102               Los Angeles, CA 90030-1200
Plano, Texas 75024-4100


BANK OF AMERICA                           BLOSSOM HILLS ESTATES                   Bank of America, N.A.
PO BOX 30750                              PO BOX 503904                           PO Box 26012
Los Angeles, CA 90030-0750                San Diego, CA 92150-3904                NC4-105-03-14
                                                                                  Greensboro, NC 27420-6012


CAPITAL ONE                               CBA COLLECTION SERVICES                 CHOICE MASTERCARD
PO BOX 60599                              25954 EDEN LANDING RD                   PO BOX 6418
City of Industry, CA 91716-0599           Hayward, CA 94545-3816                  The Lakes, NV 88901-6418


CITI CARDS                                CITI DIAMOND PREFERRED                  CITI MORTGAGE
PO BOX 6401                               PO BOX 6940                             PO BOX 6006
The Lakes, NV 88901-6401                  The Lakes, NV 88901-6940                The Lakes, NV 88901-6006


COLLECTION BUREAU OF                      COUNTRYWIDE HOME LOANS                  CREDIT BUREAU ASSOCIATION
AMERICA                                   PO BOX 10219                            PO BOX 150
C/O CITY OF SAN JOSE                      Van Nuys, CA 91410-0219                 Fairfield, CA 94533-0150
PO BOX 5013
Hayward, CA 94540-5013


Capital One Bank (USA), N.A.              CitiMortgage, Inc.                      (p)DISCOVER FINANCIAL SERVICES LLC
by American Infosource Lp As Agent        P O Box 6941                            PO BOX 3025
PO Box 71083                              The Lakes, NV 88901-6941                NEW ALBANY OH 43054-3025
Charlotte, NC 28272-1083
```

EXHIBIT "A"

| | | |
|---|---|---|
| DISCOVER<br>PO BOX 6103<br>Carol Stream, IL 60197-6103 | Deutsche Bank National Trust Compan<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| EMERGE<br>PO BOX 790189<br>Saint Louis, MO 63179-0189 | FARMERS INSURANCE COMPANY<br>10850 LOWELL AVE<br>Overland Park, KS 66210-1613 | FORD CREDIT<br>PO BOX 7172<br>Pasadena, CA 91109-7172 |
| Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121-6275 | GE MONEY LOC<br>PO BOX 530912<br>Atlanta, GA 30353-0912 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GEMB/CHEVRON<br>4125 WINDWARD PLZ<br>Alpharetta, GA 30005-8738 | GEMB/WALMART<br>PO BOX 984100<br>El Paso, TX 79998-4100 | GMAC<br>PO BOX 2150<br>Greeley, CO 80632-2150 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | HFC POMONA<br>C/O ACE ASSOCIATED CREDITORS EXCHANGE<br>PO BOX 33130<br>Phoenix, AZ 85067-3130 | Household Finance Corporation<br>P.O. BOX 60101<br>City of Industry, CA 91716-0101 |
| Household Finance Corporation-USA<br>P.O. BOX 60101<br>City of Industry, CA 91716-0101 | INDYMAC HOME LOAN SERVICING<br>P.O. BOX 78826<br>Phoenix, AZ 85062-8826 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| J.C. CHRISTENSEN & ASSOCIATES<br>INC.<br>PO BOX 519<br>Pennock, MN 56279 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud MN 56302-7999 | MERCED COUNTY TREASURER<br>TAX COLLECTOR - KREN D. ADAMS<br>2222 M. STREET<br>Merced, CA 95340-3729 |
| NCO FIN/99<br>PO BOX 15889<br>Wilmington, DE 19850-5889 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| PROFESSIONAL BEREAU OF<br>COLLECTIONS OF<br>MARYLAND, INC.<br>PO BOX 628<br>Elk Grove, CA 95759-0628 | PRUDENTIAL OVERALL SUPPLY<br>PO BOX 11210<br>Santa Ana, CA 92711-1210 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| RICHARD G. MAUL, ESQ<br>C/O JUDITH A KUWADA<br>1570 THE ALAMEDA SUITE 217<br>San Jose, CA 95126-2331 | RICKENBACKER GROUP<br>15005 CONCORD CIR<br>Morgan Hill, CA 95037-5417 | SALLY MAE<br>PO BOX 9533<br>Wilkes Barre, PA 18773-9533 |

| | | |
|---|---|---|
| SEARS<br>PO BOX 6283<br>Sioux Falls, SD 57117-6283 | STANISLAUS COUNTY PROPERTY TAX<br>GORDON B. FORD<br>1010 10TH ST., STE 2500<br>Modesto, CA 95354-0864 | SWANSTON POOL SERVICE<br>6783 AVE. 23 1/2<br>Chowchilla, CA 93610-9228 |
| Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1496 | T-MOBILE<br>PO BOX 742596<br>Cincinnati, OH 45274-2596 | The Bank of New York Mellon<br>c/o Richard J. Bauer, Jr., Esq<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 |
| U.S. Bank National Association<br>1231 East Dyer Road Suite 100<br>Santa Ana, CA 92705-5643 | U.S. Bank, National Association<br>c/o Richard J. Bauer, Jr., Esq.<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 | WALMART<br>PO BOX 530927<br>Atlanta, GA 30353-0927 |
| WELLS FARGO BANK<br>PO BOX 5445<br>Portland, OR 97228-5445 | WILSHIRE CREDIT CORPORATION<br>PO BOX 8517<br>Portland, OR 97207-8517 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 |
| Marc Del Piero<br>P. O. Box 1127<br>Pebble Beach, CA 93953-1127 | Maria F. Sanchez<br>2979 Patt Ave.<br>San Jose, CA 95133-2041 | Thomas O. Gillis<br>Law Offices of Thomas O. Gillis<br>1006 H. St. #1<br>Modesto, CA 95354-2384 |
| Victor M. Sanchez<br>2979 Patt Ave.<br>San Jose, CA 95133-2041 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | DISCOVER<br>PO BOX 30203<br>Salt Lake City, UT 84130-0203 | GREENTREE<br>PO BOX 94710<br>Palatine, IL 60094-4710 |
| IRS<br>PO BOX 9941<br>Ogden, UT 84409-0941 | (d) Internal Revenue Service<br>P O Box 21126<br>Philadelphia, P A 19114 | NEXTEL<br>PO BOX 172408<br>Denver, CO 80217 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, as T

(u)The Bank of New York Trust Company...

(d)CAPITAL ONE
PO BOX 60599
City of Industry, CA 91716-0599

(d)COLLECTION BUREAU OF AMERICA
C/O CITY OF SAN JOSE
PO BOX 5013
Hayward, CA 94540-5013

(u)CONTINENTAL RECOVERY SERVICES

(d)FORD CREDIT
PO BOX 7172
Pasadena, CA 91109-7172

(d)Household Finance Corporation
P.O. BOX 60101
City of Industry, CA 91716-0101

End of Label Matrix
Mailable recipients   75
Bypassed recipients    7
Total                 82