MARC DEL PIERO,
BANKRUPTCY TRUSTEE
585 Cannery Row, Suite #302A
Monterey, CA 93940
P.O. Box 1127
Pebble Beach, CA 93953-1127
Telephone: (831) 644-0602
mdptrustee@att.net

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) Chapter 7
)
Debtor. SANCHEZ, VICTOR AND MARIA ) Case No. 10-5600 ASW
)

## DECLARATION OF TRUSTEE, MARC DEL PIERO, IN SUPPORT OF REQUEST FOR EXTENSION OF TIME

I, Marc Del Piero hereby declare:

1) I am the duly appointed Trustee of the above referenced bankruptcy estate (Trustee). The information given here in is based on my personal knowledge and as such, if called as a witness, I would and could testify competently hereto.

2) The original attorney for this matter was Michael Luu. Due to issues that have developed between the debtor and his counsel, the debtor has chosen to employ the Thomas O. Gillis law firm, as substitute counsel. In order to ensure a full and complete disclosure of the facts at the 341(a) hearing, and to allow Counsel to competently represent the Debtor I have recommended and support the requested extension of time.

3) I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

July 1 , 2011                                   /s/ Marc Del Piero
                                                San Jose #001290

Trustee Declaration
Case: 10-56000   Doc# 116   Filed: 07/01/11   Entered: 07/01/11 11:08:24   Page 2 of 2